## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Nicole Davis

            Plaintiff,

v.                                     Case No.: 1:25−cv−15347

                                     Honorable John Robert Blakey

Marika, LLC

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 25, 2026:

      MINUTE entry before the Honorable John Robert Blakey: In light of Plaintiff's amended complaint [22], the Court denies without prejudice Defendant's motion to dismiss [17], which relates to the prior complaint. Defendant shall respond to the first amended complaint [22] by 4/13/26. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.